# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Donegal Mutual Insurance Company

                                                      Plaintiff,

v.                                                                                          Case No.: 1:24−cv−08504

                                                                                                            Honorable LaShonda A. Hunt

Ford Motor Company

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 4, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendant Ford Motor Company's Motion to Dismiss the Amended Complaint [15] is taken under advisement. Plaintiff is ordered to file a response by 11/18/24. No reply is allowed unless ordered by the Court. After reviewing the submissions, the Court will schedule a date for hearing/oral ruling or issue a written decision. No appearance is necessary on 11/6/24. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.